Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 2186 | **DATE** | 1/14/2002 |
| **CASE TITLE** | The Alcar Group, Inc. vs. Corporate Performance, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] The objections of Alcar and Bassett to Judge Nolan's report and recommendation are overruled and the Report is accepted in full. Plaintiff's motion for sanctions (39-1) and to compel (39-2) are granted in part and denied in part as set forth on the reverse side of this minute order. Bassett shall pay Alcar $2,500.00 in sanctions and appear for his deposition in Chicago. CPS shall pay Alcar the amount of Alcar's reasonable attorneys' fees in bringing this motion.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JAN 15 2002 date docketed | |
| ✓ | Docketing to mail notices. | | | 71 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| MPJ | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

The objections of Alcar and Bassett to Judge Nolan's report and recommendation dated October 25, 2001 are overruled and the Report is accepted in full. Alcar has not demonstrated that Judge Nolan's conclusion that defendants' failures to produce were intentional and I reject its proposal to enter default against defendants. At the same time, as Judge Nolan concluded, various documents were not produced, and without sufficient excuse. By February 1, 2002, CPS shall produce a list of all of its R1 customers, indicating whether each customer purchased the R1 or a specific service. CPS shall also produce all invoices for the sale of R1 products and services (including invoices for licensing, maintenance, consulting and training). CPS shall also produce all pre-1997 invoices for the sale of Alcar products and services and all previously unproduced documents held by CPS's Seattle attorneys. Bassett shall pay Alcar $2,500 in sanctions. CPS shall answer all unanswered interrogatories. Bassett shall appear for his deposition in Chicago. CPS shall pay Alcar the amount of Alcar's reasonable attorneys' fees in bringing this motion.